

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marquise Deangelo Loftis | **Civil Action No.** 17-cv-01805-MMA-NLS |
| **Petitioner,** | |
| V. | |
| Debbie Asuncion | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Motion for Appointment of Counsel is denied, Respondent's Motion to Dismiss is granted, and the Petition for Writ of Habeas Corpus is dismissed with prejudice as untimely. Further, the Court declines to issue a certificate of appealability.

**Date:** _____5/25/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman _____

R. Chapman, Deputy